**MISC21-3181**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 05 2021 ★
BROOKLYN OFFICE

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| | |

**IN THE MATTER OF:**
DMCA Subpoena to Etsy, Inc.

**CAUSE OF ACTION:**

**RELIEF SOUGHT:**
Issuance of Subpoena

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Dmitry Lapin, Esq.<br>Danchuk Law LLC<br>244 Fifth Avenue, Suite E121<br>New York, NY 10001<br>Dmitry@emilyesquire.com | |

I am currently a member in good standing of the bar of this Court:  ☑ YES  ☐ NO

Signature of Attorney of Record: _[signature]_    Date: 11/02/2021