UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 5 2021 ★

BROOKLYN OFFICE

Case No.:

**MISC21-3181**

In Re: DMCA Subpoena to Etsy, Inc.

Jon Q. Wright's Request to the
Clerk for Issuance of Subpoena
to Etsy, Inc. pursuant to 17 U.S.C
17 U.S.C. 512(h) to Identify
Alleged Infringers

Petitioner, Jon Q. Wright ("Wright"), through their undersigned counsel of record, requests that the Clerk of this Court issue a subpoena to Etsy, Inc. ("Etsy") to identify alleged copyright infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). A proposed DMCA Subpoena is attached.

Wright has satisfied the requirements of the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by:

(1) Filing a copy of the notifications sent to Etsy, pursuant to 17 U.S.C. § 512(c)(3)(A), attached to the Declaration of Dmitry Lapin as Exhibit A;

(2) Filing the proposed DMCA Subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the DMCA Subpoena is to obtain sufficient information the identity of the alleged infringers and that such information will only be used for the purpose of protecting Wright's rights under 17 U.S.C. § 101, et seq.

As Wright has complied with the statutory requirements, Wright respectfully requests that the Clerk issue the proposed DMCA subpoena, pursuant to 17 U.S.C. § 512(h)(4).

Dated: November 3, 2021

Respectfully Submitted,

/s/ Dmitry Lapin
Dmitry Lapin, Esq.
Danchuk Law, LLC
244 Fifth Avenue #E121
New York, NY 10001
207-464-0099
dmitry@emilyesquire.com